**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NINA ANDREWS,** : | |
|     **Plaintiff** : | **CIVIL ACTION NO. 3:09-0851** |
| **v** : | **(MANNION, M.J.)** |
| **REGIONAL ADJUSTMENT** : | |
| **BUREAU, INC.** : | |
|     **Defendant** | |

## O R D E R

Counsel for the parties having reported to the court by stipulation that this case has been resolved. **IT IS ORDERED THAT** this action be dismissed with prejudice.

 

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**Dated:  July 23, 2009**
O:\shared\ORDERS\2009 ORDERS\09-0851-02.wpd